# Court of Appeals
# of the State of Georgia

ATLANTA,___June 04, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14D0364.  APRIL SLAY v. JUSTIN CALHOUN.

Justin Calhoun filed a petition for legitimation, custody, child support, and visitation, which April Slay opposed.   At the hearing on the petition on April 16, 2013, Slay argued that the trial court lacked subject matter jurisdiction to determine the issues in the case.   The trial court entered its temporary order granting legitimation, awarding custody, and ordering visitation.  The trial court reserved the issues of child support and attorney fees.  On April 8, 2014, the trial court entered its "Final Order Regarding Subject Matter Jurisdiction." Slay filed an application for discretionary review from that order. We lack jurisdiction.

Because this case remains pending below, Slay was required to follow the interlocutory appeal procedure of OCGA § 5-6-34 (b) to appeal the court's ruling on jurisdiction. Id; see also *Oxmoor Portfolio, LLC v. Flooring & Tile Superstore of Conyers*, 320 Ga. App. 640 (740 SE2d 363) (2013).[1] Slay did not comply with those procedures. Absent a certificate of immediate review and application to this Court for interlocutory appeal, we lack jurisdiction to consider Slay's appeal, which is hereby DISMISSED.

---

[1] Compare OCGA § 5-6-34 (a) (11) (orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders may be appealed directly).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/04/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*